# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>Oscar Juan SOLIS-Montenegro,<br><br>                    Defendant. | Case No.: 21MJ8096<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., § 111(a)(1)<br>Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about February 5, 2021, within the Southern District of California, defendant Oscar Juan SOLIS-Montenegro, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with the person(s) named in Title 18, United States Code, Section 111, to wit: Department of Homeland Security, United States Customs and Border Protection Officer CBPO Santiago Velazquez, in that defendant punched Officer Santiago Velazquez in the nose with a closed fist, while Officer Santiago Velazquez was engaged in the performance of their official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Special Agent Jon Dellinger
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of February, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Oscar Juan SOLIS Montenegro

## PROBABLE CAUSE STATEMENT

I, Special Agent Jon Dellinger, declare under penalty of perjury, the following is true and correct:

On or about February 5, 2021, at approximately 5:00 a.m., defendant Oscar Juan SOLIS MONTENEGRO (SOLIS) a Mexican citizen attempted to cross the through the Calexico West Port of Entry (POE) without applying for admission. Customs and Border Protection Officer (CBPO) M. Zuma observed a Hispanic male adult, riding a bicycle, attempting to gain entry though the POE, travelling northbound towards vehicle primary lane #8. CBPO Zuma exited his booth and grabbed the Hispanic male adult and pulled him off the bicycle. The Hispanic male adult was brought to the ground by CBPO Zuma and placed in handcuffs. After the Hispanic male was detained, he was identified as SOLIS and escorted to the Secondary Inspection Office. Inside the Secondary Inspection Office SOLIS was secured to a metal bench utilizing a single leg shackle.

At approximately 5:35 a.m., while inside the Secondary Inspection Office and under video surveillance, CBPO Santiago Velazquez and CBPO Gerardo unsecured SOLIS so he could use the restroom. CBPO Santiago Velazquez and Gerado escorted SOLIS to the restroom unsecured and allowed SOLIS to utilize the restroom. After SOLIS finished using the bathroom CBPO Santiago and Gerardo escorted SOLIS back to the Secondary Inspection Office, where Calexico Fire and Paramedics were waiting to exam SOLIS for a laceration on his head. While inside the Secondary Inspection Office CBPO Santiago Velazquez instructed SOLIS to take a seat on a stretcher that was in the middle of the Secondary office. SOLIS turned away from CBPO Santiago Velazquez and began to step towards the stretcher, SOLIS suddenly stopped, turned back to CBPO Santiago Velazquez, pulled his right arm back, and with a closed fist punched CBPO Santiago Velazquez in the nose. CBPO Santiago Velazquez stated the hit to the nose caused him to lose his balance and he felt dazed causing him to be unable to defend himself. CBPO Santiago Velazquez stated he could feel blood coming out of his nose filling his face mask as he attempted to regain his composure.

During the assault CBPO Felix ran out from behind the office desk, withdrew his taser and pointed it at SOLIS. SOLIS saw the taser and immediately went to the ground. CBPO Gerardo approached SOLIS while he was on the ground and took control of both of SOLIS' hands and placed him in handcuffs. Once secured SOLIS calmed down and was sat on the holding bench inside of the office.

At approximately 7:30 a.m., Homeland Security Investigations (HSI) Special Agent J. Dellinger arrived and asked SOLIS if he would be willing to speak with him. SOLIS refused to speak with Special Agent J. Dellinger and continued to be verbally abusive towards officers.

SOLIS was arrested for violation of Title 18, United States Code, 111.

UNITED STATES OF AMERICA

v.

Oscar Juan SOLIS Montenegro

Executed on February 5, 2021, at 08:30 p.m.

**JON T DELLINGER**
Digitally signed by JON T DELLINGER
Date: 2021.02.05 20:39:56 -08'00'

Jon Dellinger, Special Agent

Homeland Security Investigations

On the basis of the facts presented in this statement consisting of 2 pages, I find probable cause to believe that the defendant named in this statement of facts committed the offense on February 5, 2021, in violation of Title 18, United States Code, Section 111

*Barbara L. Major*    6:17 AM, Feb 6, 2021

**Barbara L. Major**    DATE/TIME

United States Magistrate Judge

2